IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-00552-KMT

Gary Geisert,

Plaintiff,

v.

Credit Service Company, Inc.,

Defendant.

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW the parties, by and through their counsel of record, and pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii) submit this Stipulated Motion to Dismiss with Prejudice and state as follows:

1. All issues in this matter are now resolved.

2. Each party agrees to pay their own costs and attorney fees.

3. The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter.

Respectfully submitted this 18th day of August 2016.

| | |
|---|---|
| **/s/ Todd M. Friedman** | **/s/ Makyla Moody** |
| Todd M. Friedman, Esq. | Makyla Moody, Esq. |
| Law Offices of Todd M. Friedman, P.C. | Greenberg & Sada, P.C. |
| 324 South Beverly Dr. | 770 W. Hampden Ave 227 |
| Beverly Hills, CA 90212 | Englewood, CO 80110 |
| Phone: 877 206-4741 | Phone: 303-781-3529 |
| Fax: 866 633-0228 | Fax: 303-783-2222 |
| tfriedman@attorneysforconsumers.com | makyla@greenberglegal.com |
| Attorney for Plaintiff Gary Geisert | Attorney for Defendant, Credit Service Company, Inc. |