IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 16–cv–00552–KMT

GARY GEISERT,

    Plaintiff,

v.

CREDIT SERVICE COMPANY, INC.,

    Defendant.

---

**ORDER**

---

This matter is before the court on the "Stipulated Motion to Dismiss With Prejudice." (Doc. No. 18.) The court, being advised in the premises, **GRANTS** the Motion to Dismiss and **DISMISSES** this case **WITH PREJUDICE**, each party to pay their own costs and fees.

Dated August 18, 2016.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge